UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Audrey J. Goossen and
Milton R. Goossen,

                Debtors.                BKY 05-44180

-----------------------------------

Randall L. Seaver, Trustee,         ADV 09-4039

                Plaintiff,

v.                                      **JUDGMENT**

Milton R. Goossen, Jr.,

                Defendant.

      This proceeding came before the court, and a decision or order for judgment was duly rendered, the Honorable Robert J. Kressel, United States Bankruptcy Judge, presiding.

      It is therefore Ordered and Adjudged: The defendant's discharge is revoked.

Dated: March 24, 2009                          Lori A. Vosejpka
At:     Minneapolis, Minnesota         Clerk of Bankruptcy Court

                                          /e/ Lynn M. Hennen
                            By:
                                          Lynn M. Hennen
                                          Deputy Clerk

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *03/24/2009*
Lori Vosejpka, Clerk, by LMH